Form B16B
6/90

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In re:                             Case No. 19-15293

Frederick A. Montgomery         Judge: Price Smith

          Debtor(s).                Chapter 7

Pay Advices from the Employer for Debtor(s) for a 60-Day Period Preceding the Commencement of the Case Required by Rule 1007(b) & (c), Fed.R.Bankr.P.

The following is true about the attached documents:

[✓] All pay stubs received in the 60 days immediately prior to filing this case have been attached.

[ ] The Debtor has received no pay advices within the 60 days prior to filing this case and is not required to file any further documentation by Section 521.

[ ] The Debtor has had a gap in employment within the 60 days prior to filing this case and the attached pay advices comply fully with the pay advice requirements of Section 521.

[ ] The Debtor has not yet received pay advices for the income most recently earned and the attached pay advices comply fully with the pay advice requirements of Section 521.

[ ] There are pay advices required to be filed pursuant to Section 521 that are not attached to this cover sheet. Said documents shall be filed within 45 days of the commencement of this case, or an extension will be filed requesting an additional 45 days.

[ ] Other. _____

Additional Explanation Regarding Pay Advices, if necessary:
_____
_____
_____

Submitted By:

/s/Steven Emery                              8/26/19

Steven Emery(0074676_                     Date
Rauser & Associates
614 West Superior Avenue
Suite #950
Cleveland, OH 44113



Return to Paycheck List

| Employee Name | Work Location | Advice No. |
|---|---|---|
| FREDERICK A MONTGOMERY | 0764 OHHHT PKG 4422   ZZZ | 0764670943 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 1537541 | XXX-XX- | I 08 | S | 00 | 08/23/2019 |

Earnings Statement

| Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|
| 08/11/2019 | 08/17/2019 | 542.85 | 62.10 | 213.94 | 266.81 |

Earnings

| Description | Rate | Miles | Hours | Gross |
|---|---|---|---|---|
| CURRENT PAY RATE | 19.74 | | | |
| REGULAR | 19.740 | | 23.17 | 457.38 |
| GUARANTE | 19.740 | | 4.33 | 85.47 |
| TOTAL HOURS WORKED | | | 23.17 | |
| CURRENT TOTALS | | | | 542.85 |
| Y-T-D TOTALS | | 935.00 | | 18,379.91 |

Taxes - Deductions - Misc

| Description | Current | YTD |
|---|---|---|
| TAXES | | |
| FICA | 32.88 | 1,113.33 |
| FICA MEDICARE | 7.70 | 260.38 |
| ST TAX- OH | 10.91 | 369.64 |
| HIGHLAND H | 10.61 | 359.20 |
| TOTALS | 62.10 | |
| DEDUCTIONS | | |
| BFTAX FLEX BEN | 12.44 | 422.96 |
| WAGE ATT 2 | 196.32 | 6,674.88 |
| AFTAX FLEX BEN | 3.18 | 108.12 |
| WAGE ATTCH FEE | 2.00 | 68.00 |
| TOTALS | 213.94 | |

Address Verification Area

4226 BLUESTONE RD
SOUTH EUCLID, OH 44121

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA, GA 30328



Return to Paycheck List

| Employee Name | Work Location | Advice No. |
|---|---|---|
| FREDERICK A MONTGOMERY | 0764 OHHHT PKG 4422   ZZZ | 0764657200 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 1537541 | XXX-XX- | M 08 | S | 00 | 08/16/2019 |

### Earnings Statement

| Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|
| 08/04/2019 | 08/10/2019 | 542.85 | 62.10 | 213.94 | 266.81 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 19.74 | | | | TAXES | | |
| REGULAR | 19.740 | | 23.73 | 468.43 | FICA | 32.89 | 1,080.45 |
| GUARANTE | 19.740 | | 3.77 | 74.42 | FICA MEDICARE | 7.69 | 252.68 |
| TOTAL HOURS WORKED | | | 23.73 | | ST TAX- OH | 10.91 | 358.73 |
| CURRENT TOTALS | | | | 542.85 | HIGHLAND H | 10.61 | 348.59 |
| Y-T-D TOTALS | | | 907.50 | 17,837.06 | TOTALS | 62.10 | |
| | | | | | DEDUCTIONS | | |
| | | | | | BFTAX FLEX BEN | 12.44 | 410.52 |
| | | | | | WAGE ATT 2 | 196.32 | 6,478.56 |
| | | | | | AFTAX FLEX BEN | 3.18 | 104.94 |
| | | | | | WAGE ATTCH FEE | 2.00 | 66.00 |
| | | | | | TOTALS | 213.94 | |

Address Verification Area

4226 BLUESTONE RD
SOUTH EUCLID, OH 44121

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA, GA 30328



Return to Paycheck List

| Employee Name | Work Location | | Advice No. |
|---|---|---|---|
| FREDERICK A MONTGOMERY | 0764 OHHHT PKG 4422 | ZZZ | 0764644012 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 1537541 | XXX-XX | M 08 | S | 00 | 08/09/2019 |

Earnings Statement

| Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|
| 07/28/2019 | 08/03/2019 | 542.86 | 62.10 | 213.94 | 266.82 |

Earnings

| Description | Rate | Miles | Hours | Gross |
|---|---|---|---|---|
| CURRENT PAY RATE | 19.74 | | | |
| REGULAR | 19.740 | | 17.25 | 340.52 |
| VACATION | 19.740 | | 5.50 | 108.57 |
| GUARANTE | 19.740 | | 4.75 | 93.77 |
| TOTAL HOURS WORKED | | | 17.25 | |
| CURRENT TOTALS | | | | 542.86 |
| Y-T-D TOTALS | | 880.00 | | 17,294.21 |

Taxes - Deductions - Misc

| Description | Current | YTD |
|---|---|---|
| TAXES | | |
| FICA | 32.89 | 1,047.56 |
| FICA MEDICARE | 7.69 | 244.99 |
| ST TAX- OH | 10.91 | 347.82 |
| HIGHLAND H | 10.61 | 337.98 |
| TOTALS | 62.10 | |
| DEDUCTIONS | | |
| BFTAX FLEX BEN | 12.44 | 398.08 |
| WAGE ATT 2 | 196.32 | 6,282.24 |
| AFTAX FLEX BEN | 3.18 | 101.76 |
| WAGE ATTCH FEE | 2.00 | 64.00 |
| TOTALS | 213.94 | |

Address Verification Area

4226 BLUESTONE RD
SOUTH EUCLID, OH 44121

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA, GA 30328



Return to Paycheck List

| Employee Name | Work Location | Advice No. |
|---|---|---|
| FREDERICK A MONTGOMERY | 0764 OHHHT PKG 4422   ZZZ | 0764630731 |

| Employee ID | Tax ID | Fed Status | St Wth | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 1537541 | XXX-XX- | M 08 | S | 00 | 08/02/2019 |

Earnings Statement

| Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|
| 07/21/2019 | 07/27/2019 | 542.85 | 62.09 | 213.94 | 266.82 |

Earnings

| Description | Rate | Miles | Hours | Gross |
|---|---|---|---|---|
| CURRENT PAY RATE | 19.74 | | | |
| REGULAR | 19.740 | | 23.36 | 461.13 |
| GUARANTE | 19.740 | | 4.14 | 81.72 |
| TOTAL HOURS WORKED | | | 23.36 | |
| CURRENT TOTALS | | | | 542.85 |
| Y-T-D TOTALS | | | 852.50 | 16,751.35 |

Taxes - Deductions - Misc

| Description | Current | YTD |
|---|---|---|
| TAXES | | |
| FICA | 32.88 | 1,014.67 |
| FICA MEDICARE | 7.69 | 237.30 |
| ST TAX- OH | 10.91 | 336.91 |
| HIGHLAND H | 10.61 | 327.37 |
| TOTALS | 62.09 | |
| DEDUCTIONS | | |
| BFTAX FLEX BEN | 12.44 | 385.64 |
| WAGE ATT 2 | 196.32 | 6,085.92 |
| AFTAX FLEX BEN | 3.18 | 98.58 |
| WAGE ATTCH FEE | 2.00 | 62.00 |
| TOTALS | 213.94 | |

Address Verification Area

4226 BLUESTONE RD
SOUTH EUCLID, OH 44121

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA, GA 30328


Return to Paycheck List

| Employee Name | Work Location | Advice No. |
|---|---|---|
| FREDERICK A MONTGOMERY | 0764 OHHHT PKG 4422    ZZZ | 0764617347 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 1537541 | XXX-XX- | M 08 | S | 00 | 07/26/2019 |

**Earnings Statement**

| Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|
| 07/14/2019 | 07/20/2019 | 542.85 | 62.10 | 213.94 | 266.81 |

### Earnings

| Description | Rate | Miles | Hours | Gross |
|---|---|---|---|---|
| CURRENT PAY RATE | 19.74 | | | |
| REGULAR | 19.740 | | 24.62 | 486.00 |
| GUARANTE | 19.740 | | 2.88 | 56.85 |
| TOTAL HOURS WORKED | | | 24.62 | |
| CURRENT TOTALS | | | | 542.85 |
| Y-T-D TOTALS | | 825.00 | | 16,208.50 |

### Taxes - Deductions - Misc

| Description | Current | YTD |
|---|---|---|
| **TAXES** | | |
| FICA | 32.89 | 981.79 |
| FICA MEDICARE | 7.69 | 229.61 |
| ST TAX- OH | 10.91 | 326.00 |
| HIGHLAND H | 10.61 | 316.76 |
| TOTALS | 62.10 | |
| **DEDUCTIONS** | | |
| BFTAX FLEX BEN | 12.44 | 373.20 |
| WAGE ATT 2 | 196.32 | 5,889.60 |
| AFTAX FLEX BEN | 3.18 | 95.40 |
| WAGE ATTCH FEE | 2.00 | 60.00 |
| TOTALS | 213.94 | |

Address Verification Area
4226 BLUESTONE RD
SOUTH EUCLID, OH 44121

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA, GA 30328

# Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716,

**Pay Period Beginning Date: 06-22-2019 through Ending Date: 07-05-2019**

FREDERICK A MONTGOMERY
4226 BLUESTONE RD
SOUTH EUCLID, OH 44121

| Payee | Type | Account # | Amount |
|---|---|---|---|
| HUNTINGTON NATL BK | CHECK DEPOSIT | xxxxxxxxxxxx | $1,033.68 |
| | | Total Amount | $1,033.68 |

**Deposit Date** 07-11-2019
**Advice #** 493532614

| W4 Withholding: | Tax Method: | Pay Category: | Exemptions | Additional Withholding |
|---|---|---|---|---|
| Federal | Married | Hourly | 9 | $0.00 |

Note: State and local W4 information is not available at this time.

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $18.4700 | 80.00 | $1,477.60 | $18,410.64 | FEDERAL TAX | $13.56 | |
| OVERTIME EARN | $27.7050 | 15.48 | $428.87 | $1,197.34 | SOCIAL SECURITY | $157.92 | $1,766.00 |
| OVERTIME/INCT | | | $0.00 | $2.46 | OHIO | $56.20 | $545.00 |
| PROT PTO USED | | | $0.00 | $454.07 | SOUTH EUCLID, OH | $41.29 | $446.00 |
| MYSHARE INCT | | | $0.00 | $171.64 | INS-STD+ARR | $0.00 | $5.00 |
| PTO PAY | $18.4700 | 10.00 | $184.70 | $2,102.74 | INS STD | $6.90 | $69.00 |
| CO STK CONT | | | $1.50 | $12.00 | INS MED U * | $27.80 | $387.00 |
| JURY DUTY | | | $0.00 | $289.76 | INS AD&D U * | $0.62 | $8.68 |
| PERSONAL TIME | | | $0.00 | $56.14 | INSTAPAY DED | $626.00 | $3,286.00 |
| | | | | | EVEN PLUS FEE | $0.00 | $24.00 |
| PTO AVAILABLE | | 14.65 | | | 401K * | $20.91 | $276.00 |
| SICK AVAILABLE | | 54.90 | | | GEN 401K LOAN | $96.29 | $1,348.00 |
| WRKDHRS | | 95.48 | | | CO STK CONT | $1.50 | $12.00 |
| PROTPTOUSEDYTD | | 24.75 | | | STOCK PURCH | $10.00 | $80.00 |
| PROTECTED PTO | | 7.04 | | | CHECK DEPOSIT | $1,033.68 | $14,476.33 |

| | Earnings | Taxes | Deductions | Net Pay | | | |
|---|---|---|---|---|---|---|---|
| Current | $2,092.67 | $268.97 | $790.02 | $1,033.68 | | Deposit No. | Amt. of Deposit |
| Year to Date | $22,705.79 | $2,712.03 | $5,517.43 | $14,476.33 | | 493532614 | $1,033.68 |

Get paid early with the Even app. Click here to download.
Would you like to receive your W-2 online? Click here for more information.
Having trouble with the W-2 authentication process or completing the W-2 online validation? Click here for assistance.

# Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716

**Pay Period Beginning Date: 08-03-2019 through Ending Date: 08-16-2019**

FREDERICK A MONTGOMERY
4226 BLUESTONE RD
SOUTH EUCLID, OH 44121

| Payee | Type | Account # | Amount |
|---|---|---|---|
| HUNTINGTON NATL BK | CHECK DEPOSIT | xxxxxxxxxxxx | $669.24 |
| | | Total Amount | $669.24 |

**Deposit Date**: 08-22-2019  **Advice #**: 497667351

| W4 Withholding: | Tax Method: | Pay Category: | Exemptions: | Additional Withholding |
|---|---|---|---|---|
| Federal | Married | Hourly | 9 | $0.00 |

Note: State and local W4 information is not available at this time.

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $18.4700 | 80.00 | $1,477.60 | $22,626.60 | FEDERAL TAX | $13.62 | |
| OVERTIME EARN | $27.7050 | 14.67 | $406.43 | $2,137.92 | SOCIAL SECURITY | $157.97 | |
| OVERTIME/INCT | | | $0.00 | $2.46 | OHIO | $56.23 | |
| PROT PTO USED | $18.4700 | 1.25 | $23.09 | $661.86 | SOUTH EUCLID, OH | $41.30 | |
| MYSHARE INCT | | | $0.00 | $171.64 | INS-STD+ARR | $0.00 | |
| PTO PAY | $18.4700 | 10.00 | $184.70 | $2,712.25 | INS STD | $6.90 | |
| CO STK CONT | | | $1.50 | $16.50 | INS MED U * | $27.80 | |
| JURY DUTY | | | $0.00 | $289.76 | INS AD&D U * | $0.62 | |
| PERSONAL TIME | | | $0.00 | $56.14 | CRED GARN CGPN | $454.93 | $1,302.00 |
| | | | | | ADMIN FEE | $3.00 | |
| PTO AVAILABLE | | 16.22 | | | INSTAPAY DED | $533.00 | $4,857.00 |
| SICK AVAILABLE | | 54.90 | | | EVEN PLUS FEE | $0.00 | $30.00 |
| WRKDHRS | | 94.67 | | | 401K * | $20.92 | |
| PROTPTOUSEDYTD | | 36.00 | | | GEN 401K LOAN | $96.29 | |
| PROTECTED PTO | | 5.99 | | | CO STK CONT | $1.50 | $16.50 |
| | | | | | STOCK PURCH | $10.00 | |
| | | | | | CHECK DEPOSIT | $669.24 | |

| | Earnings | Taxes | Deductions | Net Pay | | | |
|---|---|---|---|---|---|---|---|
| Current | $2,093.32 | $269.12 | $1,154.96 | $669.24 | | Deposit No. | Amt. of Deposit |
| Year to Date | $28,684.13 | $3,464.93 | $8,894.50 | $16,324.70 | | 497667351 | |

Get paid early with the Even app. Click here to download.
Would you like to receive your W-2 online? Click here for more information.
Having trouble with the W-2 authentication process or completing the W-2 online validation? Click here for assistance.

# Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716.

**Pay Period Beginning Date: 07-20-2019 through Ending Date: 08-02-2019**

FREDERICK A MONTGOMERY
4226 BLUESTONE RD
SOUTH EUCLID, OH 44121

| Payee | Type | Account # | Amount |
|---|---|---|---|
| HUNTINGTON NATL BK | CHECK DEPOSIT | xxxxxxxxxxxx | $702.58 |
| | | Total Amount | $702.58 |

**Deposit Date:** 08-08-2019
**Advice #:** 496290626

| W4 Withholding: | Tax Method: | Pay Category: | Exemptions: | Additional Withholding |
|---|---|---|---|---|
| Federal | Married | Hourly | 9 | $0.00 |

Note: State and local W4 information is not available at this time.

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $18.4700 | 68.26 | $1,260.76 | $21,149.00 | FEDERAL TAX | $0.00 | $26.73 |
| OVERTIME EARN | $27.7050 | 3.95 | $109.43 | $1,731.49 | SOCIAL SECURITY | $135.26 | $1,969.58 |
| OVERTIME/INCT | | | $0.00 | $2.46 | OHIO | $45.17 | $646.86 |
| PROT PTO USED | $18.4700 | 10.00 | $184.70 | $638.77 | SOUTH EUCLID, OH | $35.36 | $522.73 |
| MYSHARE INCT | | | $0.00 | $171.64 | INS-STD+ARR | $0.00 | $5.41 |
| PTO PAY | $18.4700 | 13.00 | $240.11 | $2,527.55 | INS STD | $5.92 | $482.72 |
| CO STK CONT | | | $1.50 | $15.00 | INS MED U * | $27.80 | $44.15 |
| JURY DUTY | | | $0.00 | $289.76 | INS AD&D U * | $0.62 | | 
| PERSONAL TIME | | | $0.00 | $56.14 | CRED GARN CGPN | $394.05 | $941.11 |
| | | | | | ADMIN FEE | $3.00 | $6.00 |
| PTO AVAILABLE | | 14.27 | | | INSTAPAY DED | $315.00 | $1,324.00 |
| SICK AVAILABLE | | 54.90 | | | EVEN PLUS FEE | $6.00 | $30.00 |
| WRKDHRS | | 72.21 | | | 401K * | $17.95 | $265.62 |
| PROTPTOUSEDYTD | | 34.75 | | | GEN 401K LOAN | $96.29 | $1,540.64 |
| PROTECTED PTO | | 3.72 | | | CO STK CONT | $1.50 | $15.00 |
| | | | | | STOCK PURCH | $10.00 | $100.00 |
| | | | | | CHECK DEPOSIT | $702.58 | $15,655.46 |

| | Earnings | Taxes | Deductions | Net Pay | | | |
|---|---|---|---|---|---|---|---|
| Current | $1,796.50 | $215.79 | $878.13 | $702.58 | | Deposit No. | Amt. of Deposit |
| Year to Date | $26,590.81 | $3,195.81 | $7,739.54 | $15,655.46 | | 496290626 | $702.58 |

Get paid early with the Even app. Click here to download.
Would you like to receive your W-2 online? Click here for more information.
Having trouble with the W-2 authentication process or completing the W-2 online validation? Click here for assistance.

# Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716

**Pay Period Beginning Date: 07-06-2019 through Ending Date: 07-19-2019**

FREDERICK A MONTGOMERY
4226 BLUESTONE RD
SOUTH EUCLID, OH 44121

| Payee | Type | Account # | Amount |
|---|---|---|---|
| HUNTINGTON NATL BK | CHECK DEPOSIT | xxxxxxxxxxxx | $476.55 |
| | | Total Amount | $476.55 |

**Deposit Date:** 07-25-2019
**Advice #:** 494912071

| W4 Withholding: | Tax Method: | Pay Category: | Exemptions: | Additional Withholding |
|---|---|---|---|---|
| Federal | Married | Hourly | 9 | $0.00 |

Note: State and local W4 information is not available at this time.

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $18.4700 | 80.00 | $1,477.60 | $19,888.24 | FEDERAL TAX | $13.15 | $26. |
| OVERTIME EARN | $27.7050 | 15.33 | $424.72 | $1,622.06 | SOCIAL SECURITY | $157.59 | $1,864. |
| OVERTIME/INCT | | | $0.00 | $2.46 | OHIO | $56.05 | $601. |
| PROT PTO USED | | | $0.00 | $454.07 | SOUTH EUCLID, OH | $41.20 | $487.30 |
| MYSHARE INCT | | | $0.00 | $171.64 | INS-STD+ARR | $0.00 | $5. |
| PTO PAY | $18.4700 | 10.00 | $184.70 | $2,287.44 | INS STD | $6.89 | $76. |
| CO STK CONT | | | $1.50 | $13.50 | INS MED U * | $27.80 | $415.2 |
| JURY DUTY | | | $0.00 | $289.76 | INS AD&D U * | $0.62 | $0. |
| PERSONAL TIME | | | $0.00 | $56.14 | CRED GARN CGPN | $454.01 | $454.0 |
| | | | | | ADMIN FEE | $3.00 | $3.00 |
| PTO AVAILABLE | | 16.53 | | | INSTAPAY DED | $723.00 | $4,069. |
| SICK AVAILABLE | | 54.90 | | | EVEN PLUS FEE | $0.00 | $24. |
| WRKDHRS | | 95.33 | | | 401K * | $20.87 | $242. |
| PROTPTOUSEDYTD | | 24.75 | | | GEN 401K LOAN | $96.29 | $1,444. |
| PROTECTED PTO | | 10.55 | | | CO STK CONT | $1.50 | |
| | | | | | STOCK PURCH | $10.00 | $9 |
| | | | | | CHECK DEPOSIT | $476.55 | $14,95 |

| | Earnings | Taxes | Deductions | Net Pay | | | |
|---|---|---|---|---|---|---|---|
| Current | $2,088.52 | $267.99 | $1,343.98 | $476.55 | | Deposit No. | Amt. of Deposit |
| Year to Date | $24,794.31 | $2,980.02 | $6,861.41 | $14,952.88 | | 494912071 | $476. |

Get paid early with the Even app. Click here to download.
Would you like to receive your W-2 online? Click here for more information.
Having trouble with the W-2 authentication process or completing the W-2 online validation? Click here for assistance.